IN THE UNITED STATES DISTRICT COURT
For The Eastern District of Texas
Tyler Division

*FILED*
MAR 2 6 2018
Clerk, U.S. District Court
Texas Eastern

CLERK, U.S. DISTRICT COURT RECEIVED
MAR 2 6 2018
EASTERN DIST. OF TEXAS

Donald Sims
#1948601, Plaintiff

VS.

Georgette Jacobs, ET AL
Defendants

§
§  Civil No: 6:17cv413
§
§  Fed Rules of Appellate Procedure

---

"Notice of Appeal"

Comes Now, Donald Sims, Plaintiff (Prose) Filing A "Notice of Appeal" on the Order of Partial Dismissal (DKT-95-1) The Plaintiff is Appealing the Parts that were dismissed With No-merit by the Courts. (Attached Memorandum in Support).

(1)

Respectfully, Submitted
Donald Sims
#1948601

## Memorandum in Support

1) OBJECTION #1 Response to the Court.

Plaintiff, STATES the Court STATES he did NOT SAY he was denied his Hepititus medication by the defendant, However the Court misunderstood And misconstrued, I did NOT receive NO medication For my mental illness, my Hypotension medicine Or my Pain medicine or Hiptitus medicine. A Clear Violation of my 8th Amendment right Crue And unusual Punishment. by the Defendant. My Chronic Care need, Which is A Breach of Her duty in her Offical Capacity, Which exposed the Plaintiff to Serious medical Harm or Fatal, "Very Risky"!

Cf; Famer V. Brennan, 511 US 825 (1994); Wilson V. Seiter 501 U.S 294 (1991). Plaintiff has meet the Objective Standard of Eight Amendment,

(2)

Plaintiff Clearly States in his Claim he was denied Every day At the Pill window by the Defendant so She violated his rights Several Times Not Just once. The Court needs to recognize, this is Common Sense.

2) <u>OBJECTION #2</u>

The report is wrong, the court states He did NOT STATE he was suing For money damages.

The Plaintiff Original Complaint Clearly States he is suing For Monetary, Punitive And Compensary Damages in their Individual And Official Capacity.

Did the Henorable Court NOT review the original And Amended Opposition?

(3)   DKT-14-1 P.(19)
      (32-39)

3) The Plaintiff, feels if the Claim was brought to a trial he has enough evidence with his wittness to prevail in this case.

The Court in its dismissal states the Plaintiff never says he was denied Emergency Care by Defendant White, he is truly the whole reason I filed the Complaint and Defendant Jacobs out right denying me Chronic medications.

4) Its Clear the Court is Allowing the Defendants a way out of their liabity, because he is a

(4)

Offender of Justice.

This is whats wrong with the Justice System, It Covers up Illegal Activity. It Protects people who Are At the Wrong, When its clear they are liable, IF The Plaintiff Would OF Been Fatal Would the Defendant been liable then.
At This Time, I Am <u>Appealing the Courts Ruling</u> And <u>request A Jury Trial On all issues!</u>

(S)   Respectfully Submitted

Donald Sias
#1948601
Donald Sias
1300 FM 655 Rd
Rosharon, TX 77583

3-22-18

Donald Sias 1948601
Terrell Unit
1300 FM 655 Rd
Rosharon, TX 77583

RE: Certificate of Service

---

## Certificate of Service

I, Donald Sias Certify A True And Correct Copy of "Notice of Appeal" has been sent to U.S. District Court, Eastern District 211 W. Tyler TX 75702 Ferguson, On March 22nd 2018. By Mail.

Respectfully Submitted

Donald Sias
#1948601
1300 Fm 655 Rd
Rosharon TX
77583

5-22-18

*Clerk, U.S. District Court RECEIVED MAR 26 2018 Eastern Dist. of Texas*

Donald  Sias 1948601
Terrell Unit
1300 FM 655 Rd
Rosharon, TX 77583

RE: "Notice of Appeal"

(DKT # 95-1) Filed 3/14/2018

---

Dear Clerk of Courts

Can You Please file the following; "Notice of Appeal" with the Courts; that was Partially Dismissed by the order.

I do appreciate You and Your office time and help.

(D.8)
C/C

"Thank You"!!

Sincerely, Donald Sias

