IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DONALD SIAS, #1948601 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv413 |
| GEORGETTE JACOBS, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Donald Sias, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. On July 27, 2018, Mr. Sias filed a motion for summary judgment on the merits of his claims. (Dkt. #122). Defendant Georgette Jacobs filed a response in opposition (Dkt. #150) asserting that genuine issues of material fact precluded the granting of summary judgment in favor of Mr. Sias.

The above motion and response were referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge (Dkt. #152), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that Mr. Sias' motion for summary judgment (Dkt. #122) is **DENIED**.

So **ORDERED** and **SIGNED** March 20, 2019.

_____
Ron Clark, Senior District Judge