UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:17-cv-00413

**Donald Sias**,
*Plaintiff,*

v.

**Georgette Jacobs et al.**,
*Defendants.*

# ORDER

On July 13, 2017, plaintiff Donald Sias, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On April 5, 2019, the magistrate judge closed this case for administrative and statistical purposes until such time as plaintiff's interlocutory appeal challenging the denial of his motion for summary judgment had been resolved. Doc. 165. On April 8, 2019, plaintiff filed a second interlocutory appeal. Doc. 166. On June 13, 2019, plaintiff's interlocutory appeals were dismissed for lack of jurisdiction and for want of prosecution. Doc. 172. Neither party filed a motion to reopen the case.

On May 12, 2022, the magistrate judge reopened the case and returned it to the open docket. Doc. 173. On that same date, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution. Doc. 174. No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that the report contains no clear error, the court accepts the findings and conclusions of the report. Accordingly, the complaint is dismissed without prejudice for want of prosecution.

*So ordered by the court on June 10, 2022.*

J. CAMPBELL BARKER
United States District Judge